■ SABRINA BRUNO, Respondent, v 3 WEST 35th COMPANY, LLC, Defendant, and M&S 276 CORP., Doing Business as CAFÉ AU BON GOUT, INC., Appellant. [931 NYS2d 501]—

The court acted within its discretion in granting plaintiff an extension of time to serve defendant, pursuant to CPLR 306-b, in the interest of justice (*see Leader v Maroney, Ponzini & Spencer*, 97 NY2d 95, 104-106 [2001]). Defendant received notice of the lawsuit and served an answer before the statute of limitations expired (*cf. Slate v Schiavone Constr. Co.*, 4 NY3d 816 [2005]). Contrary to defendant's contention, under these cir-

cumstances, plaintiff was not required to show either diligent efforts or exigent circumstances (*see Leader*, 97 NY2d at 105).

We have considered defendant's remaining arguments and find them without merit. Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and Richter, JJ.